39

United States District Court
Southern District of Texas
FILED

JUL 1 4 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-20-1156 |
| | § | |
| LUZ FERNANDO SOLIZ | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about May 3, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUZ FERNANDO SOLIZ**

did knowingly aim the beam of a laser pointer at an aircraft, to wit: a Texas Department of Public Safety helicopter, bearing tail number N405TX, and at the flight path of such aircraft, which was an aircraft in the special aircraft jurisdiction of the United States.

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_Frances E. Bek_
ASSISTANT UNITED STATES ATTORNEY